[No. 29647-7-I.   Division One.   December 27, 1993.]

*In the Matter of the Marriage of* CHRISTINE ANNE GOULD, *Appellant, and* BRUCE GRANT GOULD, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 89-3-00387-9, Stanley K. Bruhn, J., entered October 31, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Agid, JJ.

[No. 28767-2-I.   Division One.   December 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. GARRY M. JOLLY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00211-2, Robert C. Bibb, J., entered June 14, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Forrest and Agid, JJ.

[No. 29935-2-I.   Division One.   December 27, 1993.]

JON MERVIN ELVEN, ET AL, *Plaintiffs*, v. FRANK ENTERPRISES, ET AL, *Defendants*.

JON MERVIN ELVEN, *Plaintiff*, MILLICENT ELVEN, ET AL, *Appellants*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-18669-1, Dale B. Ramerman, J., entered December 13, 1991. *Reversed* by unpublished opinion per Grosse, J., concurred in by Coleman and Baker, JJ.